LAW OFFICES OF BOWMAN & ASSOCIATES
Robert C. Bowman, Jr. (State Bar No: 232388)
Kara Keister (State Bar No. 250260)
2151 River Plaza Drive, Suite 105
Sacramento, California 95833
Telephone: (916) 923-2800
Facsimile: (916) 923-2828

Attorneys for Plaintiff
GURPREET ATWAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURPREET ATWAL ,<br><br>       Plaintiff,<br><br>   v.<br><br>SUNSWEET GROWERS INC., a California corporation, and DOES 1 through 50, inclusive,<br><br>       Defendants. | Case No. 2:10-CV-01700-JAM-KJM<br><br>**STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE;  ORDER**<br><br>[F.R.C.P. 41(a)(1)] |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Gurpreet Atwal and Defendant Sunsweet Growers Inc. hereby stipulate and request that this entire action, including all parties and all causes of action, be dismissed with prejudice.  Each party shall bear its own attorney's fees and costs.

PROOF OF SERVICE

PDF created with pdfFactory trial version www.pdffactory.com

Dated: August 3, 2011

/s/ Angela L. Diesch
KURT A. KAPPES
ANGELA L. DIESCH
GREENBERG TRAURIG, LLP
Attorneys for Defendant
SUNSWEET GROWERS INC.

Dated: August 3, 2011

/s/ Kara Keister
KARA KEISTER
LAW OFFICE OF BOWMAN & ASSOCIATES
A Professional Law Corporation
Attorneys for Plaintiff
GURPREET ATWAL

**<u>ORDER</u>**

IT IS SO ORDERED.

Dated:   September 1, 2011

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

PROOF OF SERVICE

PDF created with pdfFactory trial version www.pdffactory.com