LAW OFFICES OF BOWMAN & ASSOCIATES
Robert C. Bowman, Jr. (State Bar No: 232388)
Kara Keister (State Bar No. 250260)
2151 River Plaza Drive, Suite 105
Sacramento, California 95833
Telephone: (916) 923-2800
Facsimile: (916) 923-2828

Attorneys for Plaintiff
GURPREET ATWAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURPREET ATWAL, | Case No. 2:10-CV-01700-JAM-KJM |
| Plaintiff, | **STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE; ORDER** |
| v. | |
| SUNSWEET GROWERS INC., a California corporation, and DOES 1 through 50, inclusive, | [F.R.C.P. 41(a)(1)] |
| Defendants. | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Gurpreet Atwal and Defendant Sunsweet Growers Inc. hereby stipulate and request that this entire action, including all parties and all causes of action, be dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

Firmwide:96630898.1 029675.1027                                   Case No. 2:10-CV-01700-JAM-KJM

PROOF OF SERVICE

PDF created with pdfFactory trial version www.pdffactory.com

Dated: August 3, 2011

      /s/ *Angela L. Diesch*
      KURT A. KAPPES
      ANGELA L. DIESCH
      GREENBERG TAURIG, LLP
      Attorneys for Defendant
      SUNSWEET GROWERS INC.

Dated: August 3, 2011

      /s/ *Kara Keister*
      KARA KEISTER
      LAW OFFICE OF BOWMAN & ASSOCIATES
      A Professional Law Corporation
      Attorneys for Plaintiff
      GURPREET ATWAL

## **ORDER**

IT IS SO ORDERED.

Dated:   September 1, 2011      /s/ John A. Mendez
      UNITED STATES DISTRICT COURT JUDGE